**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| We The People, USA, Inc., | ) | No. CV-07-1789-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Paul Brown and Judy Brown, | ) | |
| Defendants. | ) | |

Upon review of the parties' Notice of Settlement and Joint Motion for Entry of Permanent Injunction,

**IT IS HEREBY ORDERED** vacating the temporary restraining order hearing scheduled for Tuesday, September 25, 2007 at 4:00 pm.

DATED this 25th day of September, 2007.

Stephen M. McNamee
United States District Judge

Dockets.Justia.com